No. 4,104.—STATE, RESPONDENT, *v.* TOY DOU ET AL., APPELLANTS.

*Appeal from District Court of Yellowstone County; Geo. W. Pierson, Judge.*

Decided May 23, 1919.

PER CURIAM.—Pursuant to stipulation of the parties herein, the appeal in the above-entitled cause is hereby dismissed.

*Messrs. Nichol & Wilson* and *Mr. John G. Brown,* for Appellants.

*Mr. S. C. Ford,* Attorney General, and *Mr. Frank Woody,* Assistant Attorney General, for the State.